1  SEYFARTH SHAW LLP
   Kamili W. Dawson (SBN 193264) kdawson@seyfarth.com
2  Althea V. Bovell (SBN 200240) abovell@seyfarth.com
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendant
   UAL Corporation
6

7

                    UNITED STATES DISTRICT COURT

            IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN SPORER, an individual              )   Case No.
                                         )
          Plaintiff,                     )   CV 08 2835
                                         )
     v.                                  )   DECLARATION OF ALTHEA V.
                                         )   BOVELL IN SUPPORT OF
UAL CORPORATION, a corporation, and      )   DEFENDANT UAL CORPORATION'S
DOES ONE through FIFTY, inclusive        )   NOTICE OF REMOVAL
                                         )
          Defendants.                    )
                                         )

     I, Althea V. Bovell, declare:

     1.      I am an attorney admitted to practice law in the state of California, and am an associate with the law firm of Seyfarth Shaw LLP, attorneys of record for Defendant UAL Corporation ("Defendant"). I make this declaration based on my personal knowledge, except as to those matters which are stated on information and belief, and as to those matters I believe them to be true. If called to do so, I could and would testify competently thereto.

     2.      I make this declaration in support of Defendant's Notice of Removal of Civil Action to the United States District Court.

     3.      True and correct copies of the Summons and Complaint *are attached to the accompanying Notice of Removal as **Exhibit A** and incorporated herein by this reference.* I am informed and believe that the Summons and Complaint were served by process server on

---

Declaration of Althea V. Bovell ISO Notice of Removal

1  Defendant's agent for service of process on or about May 8, 2008, and received by Defendant on
2  May 12, 2008.
3      I declare under penalty of perjury under the laws of the State of California that the
4  foregoing is true and correct, and that this declaration was executed on June 6, 2008, in San
5  Francisco, California.

                                    _____
                                              Althea V. Bovell

SF1 28324469.1

---

2

Declaration of Althea V. Bovell ISO Notice of Removal