```
SEYFARTH SHAW LLP
Kamili W. Dawson (SBN 193264) kdawson@seyfarth.com
Althea V. Bovell (SBN 200240) abovell@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
UAL Corporation
```

E-filing

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SPORER, an individual<br><br>Plaintiff,<br><br>v.<br><br>UAL CORPORATION, a corporation, and DOES ONE through FIFTY, inclusive<br><br>Defendants. | Case No.<br>CV 08 2835<br>CERTIFICATE OF INTERESTED PARTIES<br><br>[UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, CIVIL LOCAL RULE 3.16]<br><br>(Filed Concurrently with Notice of Removal) |

TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, AND TO PLAINTIFF KEVIN SPORER AND HIS ATTORNEYS OF RECORD:

The undersigned, counsel of record for Defendant UAL Corporation, certifies that the following listed parties have a direct pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

**INTERESTED PARTIES:**

1. Kevin Sporer - Plaintiff
2. UAL Corporation -- Defendant

///
///
///

Certificate of Interested Parties

| | |
|---|---|
| 1 | 3. United Air Lines, Inc. – Plaintiff's former employer. |

DATED: June 6, 2008

SEYFARTH SHAW LLP

By _____
Kamili W. Dawson
Althea V. Bovell
Attorneys for Defendant
UAL CORPORATION

SF1 28324468.1

2

Certificate of Interested Parties