1  SEYFARTH SHAW LLP
   Kamili W. Dawson (SBN 193264) kdawson@seyfarth.com
2  Althea V. Bovell (SBN 200240) abovell@seyfarth.com
   560 Mission Street, Suite 3100
3  San Francisco, California 94105
   Telephone: (415) 397-2823
4  Facsimile: (415) 397-8549

5  Attorneys for Defendant
   UAL Corporation

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SPORER, an individual<br><br>Plaintiff,<br><br>v.<br><br>UAL CORPORATION, a corporation, and DOES ONE through FIFTY, inclusive<br><br>Defendants. | Case No. C 08 02835 WDB<br><br>**CERTIFICATE OF SERVICE** |

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Seyfarth Shaw LLP, 560 Mission Street, Suite 3100, San Francisco, California 94105. On June 9, 2008, I served the within documents:

**CIVIL COVER SHEET**

**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**DECLARATION OF ALTHEA V. BOVELL IN SUPPORT OF DEFENDANT UAL CORPORATION'S NOTICE OF REMOVAL**

**CERTIFICATE OF INTERESTED PARTIES [UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA, CIVIL LOCAL RULE 3.16]**

**CONSENTING TO A MAGISTRATE JUDGE'S JURISDICTION IN THE NORTHERN DISTRICT OF CALIFORNIA**

Certificate of Service; Case No. C 08 02835 WDB

**ECF REGISTRATION INFORMATION HANDOUT**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

**STANDING ORDER OF U.S. MAGISTRATE JUDGE WAYNE D. BRAZIL**

**NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

**PUBLIC NOTICE REGARDING MAGISTRATE JUDGE**

**LOCATION GUIDE TO COURT OFFICES – OAKLAND FEDERAL BUILDING**

☐ I sent such document from facsimile machine (415) 397-8549 on _____. I certify that said transmission was completed and that all pages were received and that a report was generated by facsimile machine (415) 397-8549 which confirms said transmission and receipt. I, thereafter, mailed a copy to the interested party(ies) in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed to the parties listed below.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☐ by causing the documents listed above to be personally delivered to the person(s) at the address(es) set forth below by a messenger of Wheels of Justice.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Federal Express envelope with postage paid on account and deposited with Federal Express at San Francisco, California, addressed as set forth below.

☐ by placing the document(s) listed above, together with an unsigned copy of this declaration, in a sealed Overnite Express envelope with postage paid on account and deposited with Overnite Express at San Francisco, California, addressed as set forth below.

☐ by transmitting the document(s) listed above, electronically, via the e-mail addresses set forth below.

Stephen F. Henry
2625 Alcatraz Avenue, No. 615
Berkeley, CA 94705
(510) 898-1883
(510) 295-2516 (facsimile)

Certificate of Service; Case No. C 08 02835 WDB

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than on day after the date of deposit for mailing in affidavit.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on June 9, 2008, at San Francisco, California.

_____
Nancy J. Davilla

SF1 28324474.1