SEYFARTH SHAW LLP
Kamili W. Dawson (SBN 193264) kdawson@seyfarth.com
Althea V. Bovell (SBN 200240) abovell@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
UAL Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SPORER, an individual<br><br>Plaintiff,<br><br>v.<br><br>UAL CORPORATION, a corporation, and DOES ONE through FIFTY, inclusive<br><br>Defendants. | Case No. 4:08-CV-02835-WDB<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: June 23, 2008

SEYFARTH SHAW LLP

By_____
Kamili W. Dawson
Althea V. Bovell
Attorneys for Defendant
UAL CORPORATION

Declination to Proceed Before a Magistrate Judge and Request for Reassignment to A United
States District Judge; Case No. 4:08-CV-02835-WDB