1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KEVIN SPORER,                                    No.  C 08-2835 WDB

       Plaintiff,                             NOTICE OF IMPENDING
                                                 REASSIGNMENT TO A UNITED
   v.                                            STATES DISTRICT COURT
                                                 JUDGE
UAL CORPORATION, et al.

       Defendants
_____/

      The Clerk of this Court will now randomly reassign this case to a United States District

Judge because one or more of the parties has requested reassignment to a United States District

Judge or has not consented to the jurisdiction of a United States Magistrate Judge.  The case

management conference set for September 15, 2008, at 4:00 p.m. is vacated.

Dated: June 25, 2008                             Richard W. Wieking, Clerk
                                                 United States District Court


                                                 *Sarah Weinstein*


                                                 By:  SarahWeinstein
                                                      Law Clerk/Deputy Clerk

G:\WDBLC1\FORMS\impending reassignment clerks notice.wpd