STEPHEN F. HENRY, ESQ. (SBN 142336)
2625 Alcatraz Avenue, #615
Berkeley, CA 94705
Telephone: (510) 898-1883
Facsimile: (510) 295-2516
Email: shenry@SHenrylaw.com

Attorney for Plaintiff
Kevin Sporer

SEYFARTH SHAW LLP
Kamili W. Dawson (SBN 193264) kdawson@seyfarth.com
Althea V. Bovell (SBN 200240) abovell@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
UAL Corporation

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KEVIN SPORER, an individual | ) | Case No.        08-02835 JSW |
| | ) | |
| Plaintiff, | ) | **STIPULATION TO FILE AMENDED COMPLAINT** |
| v. | ) | **AND ORDER THEREON** |
| | ) | |
| UAL CORPORATION, a corporation, and DOES ONE through FIFTY, inclusive | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

The parties, through their counsel, stipulate to the filing of Plaintiff's Amended

Complaint, the only change to the complaint occurring in paragraph 16 of that complaint.

Dated: November 17, 2008                STEPHEN F. HENRY, ESQ.

                                By:     /s/ Stephen Henry
                                        Stephen F. Henry
                                        Attorneys for Plaintiff
                                                1

Dated: November 17, 2008

By:     /s/ Althea Bovell
Althea V. Bovell
Attorneys for Defendant

### ORDER

Plaintiff's Amended Complaint, attached as Exhibit A, is hereby filed.

IT IS SO ORDERED.

Dated: _November 24, 2008_ _____

U.S. Northern District Court Judge

2