1   SEYFARTH SHAW LLP
    Kamili W. Dawson (SBN 193264) kdawson@seyfarth.com
2   Althea V. Bovell (SBN 200240) abovell@seyfarth.com
    560 Mission Street, Suite 3100
3   San Francisco, California 94105
    Telephone: (415) 397-2823
4   Facsimile: (415) 397-8549

5   Attorneys for Defendant
    UAL CORPORATION
6
7   LAW OFFICES OF STEPHEN F. HENRY
    Stephen F. Henry (SBN 142336) shenry@shenrylaw.com
    2625 Alcatraz Avenue, No. 615
8   Berkeley, CA 94705
    Telephone: (510) 898-1883
9   Facsimile: (510) 295-2516

10  Attorneys for Plaintiff
    KEVIN SPORER
11
                    UNITED STATES DISTRICT COURT
12
          IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
13

KEVIN SPORER, an individual            )   Case No. 08-02835 JSW
14                                     )
                Plaintiff,             )   **STIPULATION AND [PROPOSED]**
15                                     )   **ORDER TO EXTEND THE DEADLINE**
          v.                           )   **TO COMPLETE AN ENE SESSION**
16                                     )
UAL CORPORATION, a corporation, and    )
17  DOES ONE through FIFTY, inclusive  )
                                       )
18              Defendants.            )
                                       )
19  ─────────────────────────────────

20      Plaintiff Kevin Sporer ("Plaintiff") and Defendant United Air Lines, Inc. ("Defendant")

21  (jointly "the Parties"), by and through their undersigned counsel, enter into the following

    Stipulation:
22
        WHEREAS, the First Amended Complaint was filed on December 12, 2008;
23
        WHEREAS, counsel for Plaintiff was involved in a trial in November, and arbitration
24
    and a trial in December, and not available for Plaintiff's deposition until mid-December;
25
        WHEREAS, the Court previously ordered the Parties to complete an Early Neutral
26
    Evaluation no later than January 12, 2009;
27

28

1       WHEREAS, the Parties require additional time to conduct discovery to make an ENE

2  session more meaningful and have confirmed the neutral's availability for an ENE session on

3  March 5, 2009;

4       NOW THEREFORE, the Parties stipulate to extend the deadline to complete ENE by 60

5  days, to March 13, 2009, to enable them time to conduct discovery, and resolve any discovery

6  disputes that may arise by, thereby enabling a more productive effort at alternative dispute

7  resolution.

8       IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

9

10  DATED:  December 23, 2008        SEYFARTH SHAW LLP

11

12                       /s/
                By_____

13                   Kamili W. Dawson
                   Althea V. Bovell
               Attorneys for Defendant

14               UAL CORPORATION

15  DATED:  December 23, 2008        LAW OFFICES OF STEPHEN F. HENRY

16

17                       /s/
                By_____

18                   Stephen F. Henry
               Attorneys for Plaintiff

19               KEVIN SPORER

20  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

21

22  DATED:  January 5, 2009

23                    Jeffrey S. White
               United States District Judge

24

25  SF1 28341869.1

26

27

28