SEYFARTH SHAW LLP
Kamili W. Dawson (SBN 193264) kdawson@seyfarth.com
Althea V. Bovell (SBN 200240) abovell@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendant
UAL CORPORATION

LAW OFFICES OF STEPHEN F. HENRY
Stephen F. Henry (SBN 142336) shenry@shenrylaw.com
2625 Alcatraz Avenue, No. 615
Berkeley, CA 94705
Telephone: (510) 898-1883
Facsimile: (510) 295-2516

Attorneys for Plaintiff
KEVIN SPORER

UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SPORER, an individual<br><br>Plaintiff,<br><br>v.<br><br>UAL CORPORATION, a corporation, and DOES ONE through FIFTY, inclusive<br><br>Defendants. | Case No. 08-02835 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER THAT DEFENDANT UAL CORPORATION'S ORIGINAL ANSWER BE DEEMED ANSWER TO PLAINTIFF'S FIRST AMENDED COMPLAINT** |

Stipulation and [Proposed] Order re: Answer to First Amended Complaint; Case No. 08-02835 JSW

IT IS HEREBY STIPULATED by and between defendant UAL Corporation ("Defendant" or "UAL") and plaintiff Kevin Sporer ("Plaintiff"), by and through their respective counsel of record, that Defendant's original Answer to Plaintiff's Complaint, filed by Defendant on June 5, 2008, shall be deemed the Answer to Plaintiff's First Amended Complaint, filed on December 12, 2008.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: December 29, 2008         SEYFARTH SHAW LLP

                                  /s/
                                 By_____
                                   Kamili W. Dawson
                                   Althea V. Bovell
                                 Attorneys for Defendant
                                 UAL CORPORATION

DATED: December 29, 2008         LAW OFFICES OF STEPHEN F. HENRY

                                  /s/
                                 By_____
                                   Stephen F. Henry
                                 Attorneys for Plaintiff
                                 KEVIN SPORER

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: January 5, 2009           _____
                                 Jeffrey S. White
                                 United States District Judge

SF1 28342862.1 / 59000-000027

2

Stipulation and [Proposed] Order re Answer to First Amended Complaint; Case No 08-02835 JSW