| | |
|---|---|
| 1 | SEYFARTH SHAW LLP |
| | Kamili W. Dawson (SBN 193264) |
| 2 | Email: kdawson@seyfarth.com |
| | Althea V. Bovell (SBN 200240) |
| 3 | Email: abovell@seyfarth.com |
| | 560 Mission Street, 31st Floor |
| 4 | San Francisco, California 94105-2930 |
| | Telephone: (415) 397-2823 |
| 5 | Facsimile: (415) 397-8549 |

Attorneys for Defendant
UAL CORPORATION

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN SPORER, an individual | Case No. 08-02835 JSW |
| Plaintiff, | [PROPOSED] ORDER GRANTING DEFENDANT UAL CORPORATION'S REQUEST FOR ADMINISTRATIVE RELIEF UNDER LOCAL RULE 7-11 TO EXTEND DEADLINE FOR EXPERT DISCLOSURE AND DISCOVERY PURSUANT TO STIPULATION |
| vs. | |
| UAL CORPORATION, a corporation, and DOES ONE through FIFTY, inclusive, | |
| Defendants. | |

Defendant UAL Corporation's Request for Administrative Relief from the Court's Order Scheduling Trial and Pretrial Matters, under Local Rule 7-11, seeking to extend deadlines for Expert Disclosure and Discovery pursuant to stipulation by the Parties came before this Court on June 10, 2009, the Honorable Jeffery S. White, Judge Presiding. The Court, having read and considered the supporting papers, and the Stipulation among the Parties, and good cause appearing therefore,

IT IS HEREBY ORDERED that the Parties' deadlines for Expert Disclosure and Discovery be extended as follows:

///

///

///

---

[Proposed] Order Granting Request for Administrative Relief; Case No. 08-02835 JSW

| | | |
|---|---|---|
| 1 | Expert Disclosure: | August 18, 2009 |
| 2 | Expert Discovery: | September 11, 2009 |

SO ORDERED:

Dated: June 11, 2009
_____

*/s/ Jeffrey S. White*
_____
Jeffery S. White, U.S. District Judge

SF1 28359464.1