IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN SPORER,

    Plaintiff,

v.

UAL CORPORATION and DOES 1-50, inclusive,

    Defendants.

                      No. C 08-02835 JSW

**ORDER SETTING BRIEFING SCHEDULE**

    This matter is set for a hearing on August 28, 2009 on Defendant UAL Corporation's motion for summary judgment and/or partial summary judgment. The Court HEREBY ORDERS that an opposition to the motion shall be filed by no later than July 28, 2009 and a reply brief shall be filed by no later than August 4, 2009.

    If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

    **IT IS SO ORDERED.**

Dated: July 13, 2009

                                                    JEFFREY S. WHITE
                                                    UNITED STATES DISTRICT JUDGE