IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

KEVIN SPORER,

    Plaintiff,

No. C 08-02835 JSW

v.

UAL CORPORATION and DOES 1-50, inclusive,

**JUDGMENT**

    Defendants.

    Pursuant to the Court's Order entered on this date granting Defendant UAL Corporation's ("UAL") motion for summary judgment, judgment is hereby entered in favor of UAL and against Plaintiff. Plaintiff shall take nothing by way of his Complaint.

**IT IS SO ORDERED AND ADJUDGED.**

Dated: August 27, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE